**Electronically Filed**
**Supreme Court**
**SCWC-11-0000488**
**24-JAN-2013**
**02:50 PM**

SCWC-11-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

COUNTY OF HAWAI'I, a municipal corporation of the State of
Hawai'i, Respondent/Plaintiff-Appellee,

v.

ABEL SIMEONA LUI, et al., Petitioners/Defendants-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000488; CASE NO. 3RC11-1-131K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Defendants-Appellants Abel Simeona Lui, et al.'s application for writ of certiorari filed on January 3, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, January 24, 2013.

Abel Simeona Lui, in pro se        /s/ Mark E. Recktenwald
on the application

                                   /s/ Paula A. Nakayama
Laureen L. Martin
for respondent                     /s/ Simeon R. Acoba, Jr.

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

